**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MARTIN HANS MOHS,**

    **Plaintiff,**

v.                                       **CASE NO. 3:06cv186/RV/MD**

**ALBERTO GONZALEZ,
U.S. ATTORNEY GENERAL, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

UPON CONSIDERATION of the plaintiff's notice of voluntary dismissal filed pursuant to Rule 41, Federal Rules of Civil Procedure, it is ORDERED:

This cause is hereby dismissed without prejudice, and without taxation of costs.

DONE AND ORDERED this 22nd day of November, 2006.

                                  /s/ *Roger Vinson*
                                  **ROGER VINSON
                                  Senior United States District Judge**